# EXHIBIT A

# IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

INTERNATIONAL DEVELOPMENT
CORPORATION,

    Plaintiff,

v.

SWN PRODUCTION COMPANY, LLC,

    Defendant.

SUMMONS – CIVIL ACTION

NO. **19- 0640**

## WRIT OF SUMMONS

To:   SWN Production Company, LLC
c/o CT Corporation System
600 North 2nd Street
Suite 401
Harrisburg, PA 17101

You are notified that the above-named Plaintiff, International Development Corporation, has commenced a Writ of Summons against you.

04·22·19
Date

Suzanne M. Fedele
Prothonotary

{CLIENT WORK/37902/0011 B1545242:1}



IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SWN PRODUCTION COMPANY, LLC,<br><br>Defendant. | CIVIL DIVISION<br><br>NO. **19- 0640**<br><br><br>**PRAECIPE FOR WRIT OF SUMMONS**<br><br><br>Filed on behalf of Plaintiff,<br>International Development Corporation<br><br>Counsel of record for this party:<br><br>Robert J. Burnett, Esq.<br>PA I.D.# 76734<br><br>Brendan A. O'Donnell, Esq.<br>PA I.D.# 309007<br><br>HOUSTON HARBAUGH, P.C.<br>Firm #371<br>Three Gateway Center, 22nd Floor<br>Pittsburgh, PA 15222<br><br>(412) 281-5060<br><br>**JURY TRIAL DEMANDED** |

2019 APR 22 PM 4: 37
RECEIVED
SHERIFF'S OFFICE
LYCOMING COUNTY

{CLIENT WORK/37902/0011 H1545163:1}