# EXHIBIT B

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION<br><br>VS.<br><br>SWN PRODUCTION COMPANY LLC | IN THE COURT OF COMMON PLEAS<br>OF LYCOMING COUNTY, PA<br>CIVIL DIVISION<br>29th JUDICIAL DISTRICT<br><br>**CASE NUMBER**<br>CV-2019-00640-WM |

**TO:** Robert J. Burnett

Houston Harbaugh P.c.

401 Liberty Avenue 22nd Floor

Pittsburgh PA 15222

## NOTICE OF PROPOSED TERMINATION OF COURT CASE

The court intends to terminate this case without further notice because the docket shows no activity in the case for at least 2 years.

You may stop the court from terminating the case by filing a Statement of Intention to Proceed. The Statement of Intention to Proceed should be filed with the Court at the Lycoming County, 48 West Third Street, Williamsport, PA 17701 on or before October 17, 2022.

IF YOU FAIL TO FILE THE REQUIRED STATEMENT OF INTENTION TO PROCEED, THE CASE WILL BE TERMINATED BY THE PROTHONOTARY WITHOUT FURTHER NOTICE.

September 16, 2022
Date of this Notice

BY THE COURT:

_Thomas D. Heap_
Thomas D. Heap
Prothonotary

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION<br><br>VS.<br><br>SWN PRODUCTION COMPANY LLC | IN THE COURT OF COMMON PLEAS<br>OF LYCOMING COUNTY, PA<br>CIVIL DIVISION<br>29th JUDICIAL DISTRICT<br><br>**CASE NUMBER**<br>CV-2019-00640-WM |

**TO:** Swn Production Company Llc

c/o CT Corporation System 600 North 2nd Street Ste 401

Harrisburg PA 17101

## NOTICE OF PROPOSED TERMINATION OF COURT CASE

The court intends to terminate this case without further notice because the docket shows no activity in the case for at least 2 years.

You may stop the court from terminating the case by filing a Statement of Intention to Proceed.  The Statement of Intention to Proceed should be filed with the Court at the Lycoming County, 48 West Third Street, Williamsport, PA 17701 on or before October 17, 2022.

IF YOU FAIL TO FILE THE REQUIRED STATEMENT OF INTENTION TO PROCEED, THE CASE WILL BE TERMINATED BY THE PROTHONOTARY WITHOUT FURTHER NOTICE.

September 16, 2022
Date of this Notice

BY THE COURT:

_Thomas D. Heap_
Thomas D. Heap
Prothonotary