# EXHIBIT C


**ORIGINAL**

FILED LYCOMING COUNTY
2022 OCT 17 AM 11: 04
THOMAS D. HEAP
PROTHONOTARY &
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION, | CIVIL DIVISION |
| Plaintiff, | NO. 19-CV-640 |
| v. | |
| SWN PRODUCTION COMPANY, LLC, | **PLAINTIFF'S STATEMENT OF INTENTION TO PROCEED PURSUANT TO Pa.R.C.P. 230.2** |
| Defendant. | |

Filed on behalf of Plaintiff,
International Development Corporation

Counsel of record for this party:

Robert J. Burnett, Esq.
PA I.D.# 76734

Brendan A. O'Donnell, Esq.
PA I.D.# 309007

HOUSTON HARBAUGH, P.C.
Firm #371
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222

(412) 281-5060

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION, | CIVIL DIVISION |
| Plaintiff, | NO. 19-CV-640 |
| v. | |
| SWN PRODUCTION COMPANY, LLC, | |
| Defendant. | |

*FILED LYCOMING COUNTY 2022 OCT 17 AM 11:05 THOMAS D. HEAP PROTHONOTARY & CLERK OF COURTS*

### PLAINTIFF' STATEMENT OF INTENTION TO PROCEED PURSUANT TO Pa.R.C.P. 230.2

TO THE PROTHONOTARY:

In response to the Court's Notice dated September 16, 2022, a copy of which is attached hereto as Exhibit "A", and in compliance with Pennsylvania Rule of Civil Procedure 230.2, the Plaintiff, International Development Corporation, intends to proceed with the above-captioned matter.

Respectfully submitted,

Dated: October 14, 2022

By: _____
Robert J. Burnett, Esquire
PA ID No. 76734
Brendan A. O'Donnell, Esquire
PA ID No. 309007
Houston Harbaugh, P.C.
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060
Counsel for Plaintiff

{CLIENT WORK/37902/0011 H2013898:1}

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

_____

# EXHIBIT A

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION<br><br>VS.<br><br>SWN PRODUCTION COMPANY LLC | IN THE COURT OF COMMON PLEAS<br>OF LYCOMING COUNTY, PA<br>CIVIL DIVISION<br>29th JUDICIAL DISTRICT<br><br>CASE NUMBER<br>CV-2019-00640-WM |

TO: Robert J. Burnett
Houston Harbaugh P.c.
401 Liberty Avenue 22nd Floor
Pittsburgh PA 15222

## NOTICE OF PROPOSED TERMINATION OF COURT CASE

The court intends to terminate this case without further notice because the docket shows no activity in the case for at least 2 years.

You may stop the court from terminating the case by filing a Statement of Intention to Proceed. The Statement of Intention to Proceed should be filed with the Court at the Lycoming County, 48 West Third Street, Williamsport, PA 17701 on or before October 17, 2022.

IF YOU FAIL TO FILE THE REQUIRED STATEMENT OF INTENTION TO PROCEED, THE CASE WILL BE TERMINATED BY THE PROTHONOTARY WITHOUT FURTHER NOTICE.

September 16, 2022
Date of this Notice

BY THE COURT:

_Thomas D. Heap_
Thomas D. Heap
Prothonotary

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Statement of Intent to Proceed Pursuant to Pa.R.C.P. 230.2** was served this 14th day of October, 2022 via Regular U.S mail upon the following counsel of record:

SWN Production Company
c/o CT Corporation System
600 N. 2nd Street, Suite 401
Harrisburgh, PA 17101

_____
Robert J. Burnett

{CLIENT WORK/37902/0011 H2013898:1}



# HoustonHarbaugh
ATTORNEYS AT LAW

**WRITER'S DIRECT DIAL:**
(412) 288-2221
rburnett@hh-law.com

File # 37902-0011

October 14, 2022

**VIA FEDERAL EXPRESS:**

Thomas D. Heap, Prothonotary/Clerk of Courts
Lycoming County Courthouse
48 West Third Street, 1st Floor
Williamsport, PA 17701

    **RE:**    **International Development Corporation v. SWN Production Company, LLC**
                Court of Common Pleas of Lycoming County, PA – Case No. 19-0640

Dear Mr. Heap:

Enclosed please find the original and a coversheet of a Plaintiff's Statement of Intent to Proceed Pursuant to Pa.R.C.P. 230.2. Kindly file the original Statement and then please time stamp the coversheet and return it to me in the postage prepaid envelope.

If you have any questions or concerns, please do not hesitate to contact me.

                                      Very truly yours,

                                        Robert J. Burnett

RJB/jrl

Enclosures

cc:   Brendan A. O'Donnell, Esq.

Three Gateway Center • 401 Liberty Avenue 22nd Floor • Pittsburgh PA 15222-1005
Phone 412.281.5060 • Fax 412.281.4499 • www.hh-law.com
{CLIENT WORK/37902/0011 H2013897:1}