# EXHIBIT D

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION<br><br>VS.<br><br>SWN PRODUCTION COMPANY LLC | IN THE COURT OF COMMON PLEAS<br>OF LYCOMING COUNTY, PA<br>CIVIL DIVISION<br>29th JUDICIAL DISTRICT<br><br>CASE NUMBER<br>CV-2019-00640-WM |

TO:  Swn Production Company Llc
c/o CT Corporation System
600 North 2nd Street -Ste 401
Harrisburg, PA 17101

## NOTICE OF PROPOSED TERMINATION OF COURT CASE

The court intends to terminate this case without further notice because the docket shows no activity in the case for at least 2 years.

You may stop the court from terminating the case by filing a Statement of Intention to Proceed. The Statement of Intention to Proceed should be filed with the Court at the Lycoming County, 48 West Third Street, Williamsport, PA 17701 on or before August 02, 2023.

IF YOU FAIL TO FILE THE REQUIRED STATEMENT OF INTENTION TO PROCEED, THE CASE WILL BE TERMINATED BY THE PROTHONOTARY WITHOUT FURTHER NOTICE.

July 03, 2023
Date of this Notice

BY THE COURT:

_Thomas D. Heap_
Thomas D. Heap
Prothonotary