# EXHIBIT E

```
                FILED
          WYCOMING COUNTY

          2023 JUL 28 PM 12:29

          THOMAS D. HEAP
          PROTHONOTARY
```

IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SWN PRODUCTION COMPANY, LLC,<br><br>    Defendant. | CIVIL DIVISION<br><br>NO. 19-CV-640<br><br><br><br>**PLAINTIFF'S STATEMENT OF INTENTION TO PROCEED PURSUANT TO Pa.R.C.P. 230.2** |

Filed on behalf of Plaintiff,
International Development Corporation

Counsel of record for this party:

Robert J. Burnett, Esq.
PA I.D.# 76734

Brendan A. O'Donnell, Esq.
PA I.D.# 309007

HOUSTON HARBAUGH, P.C.
Firm #371
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222

(412) 281-5060

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION, | CIVIL DIVISION |
| Plaintiff, | NO. 19-CV-640 |
| v. | |
| SWN PRODUCTION COMPANY, LLC, | |
| Defendant. | |

### PLAINTIFF' STATEMENT OF INTENTION TO PROCEED PURSUANT TO Pa.R.C.P. 230.2

TO THE PROTHONOTARY:

In response to the Court's Notice dated July 3, 2023, a copy of which is attached hereto as Exhibit "A", and in compliance with Pennsylvania Rule of Civil Procedure 230.2, the Plaintiff, International Development Corporation, intends to proceed with the above-captioned matter.

Respectfully submitted,

Dated: July 27, 2023            By: _____
Robert J. Burnett, Esquire
PA ID No. 76734
Brendan A. O'Donnell, Esquire
PA ID No. 309007
Houston Harbaugh, P.C.
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060
Counsel for Plaintiff

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

_____

# EXHIBIT A

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION<br><br>VS.<br><br>SWN PRODUCTION COMPANY LLC | IN THE COURT OF COMMON PLEAS<br>OF LYCOMING COUNTY, PA<br>CIVIL DIVISION<br>29th JUDICIAL DISTRICT<br><br>CASE NUMBER<br>CV-2019-00640-WM |

TO: Robert J. Burnett
Houston Harbaugh P.C.
401 Liberty Avenue 22nd Floor
Pittsburgh, PA 15222

## NOTICE OF PROPOSED TERMINATION OF COURT CASE

The court intends to terminate this case without further notice because the docket shows no activity in the case for at least 2 years.

You may stop the court from terminating the case by filing a Statement of Intention to Proceed. The Statement of Intention to Proceed should be filed with the Court at the Lycoming County, 48 West Third Street, Williamsport, PA 17701 on or before August 02, 2023.

IF YOU FAIL TO FILE THE REQUIRED STATEMENT OF INTENTION TO PROCEED, THE CASE WILL BE TERMINATED BY THE PROTHONOTARY WITHOUT FURTHER NOTICE.

July 03, 2023
Date of this Notice

BY THE COURT:

_Thomas D. Heap_
Thomas D. Heap
Prothonotary

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Statement of Intent to Proceed Pursuant to Pa.R.C.P. 230.2** was served this 27th day of July, 2023 via Regular U.S mail upon the following counsel of record:

> SWN Production Company
> c/o CT Corporation System
> 600 N. 2nd Street, Suite 401
> Harrisburg, PA 17101

_____
Brendan A. O'Donnell



# HoustonHarbaugh
ATTORNEYS AT LAW

**WRITER'S DIRECT DIAL:**
(412) 288-2221
*rburnett@hh-law.com*

File # 37902-0011

July 27, 2023

**VIA FEDERAL EXPRESS:**

Thomas D. Heap, Prothonotary/Clerk of Courts
Lycoming County Courthouse
48 West Third Street, 1st Floor
Williamsport, PA 17701-6514

    **RE:**   **International Development Corporation v. SWN Production Company, LLC**
            Court of Common Pleas of Lycoming County, PA – Case No. 19-0640

Dear Mr. Heap:

    Enclosed please find the original and a coversheet of a Plaintiff's Statement of Intent to Proceed Pursuant to Pa.R.C.P. 230.2. Kindly file the original Statement and then please time stamp the coversheet and return it to me in the postage prepaid envelope.

    If you have any questions or concerns, please do not hesitate to contact me.

                          Very truly yours,

                          Robert J. Burnett

RJB/amt

Enclosures

cc:     Brendan A. O'Donnell, Esq.