# EXHIBIT F

IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION,<br>　　　　Plaintiff<br><br>vs.<br><br>SWN PRODUCTION COMPANY, LLC.<br>　　　　Defendants | : NO. 19-00640<br>:<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>: Scheduling of Status Conference |

## *ORDER*

AND NOW, this 9th day of August 2023, a Statement of Intention to Proceed having been filed on July 28, 2023, a status conference in this matter is hereby scheduled for **SEPTEMBER 15, 2023 AT 10:15 A.M.** in Courtroom number 5 of the Lycoming County Courthouse, 48 West Third Street, Williamsport, Pennsylvania.

BY THE COURT,

William P. Carlucci, Judge

cc:　Robert J. Burnett, Esquire-Firm #371, Three Gateway Center, 22nd Floor, Pittsburgh, PA 15222
　　　Brendan A. O'Donnell, Esquire-401 Liberty Avenue, 22nd Floor, Pittsburgh, PA 15222
　　　SWN Production Company-c/o CT Corporation System, 600 N 2nd Street, Suite 401, Harrisburg, PA 17101

WPC/amm

FILED LYCOMING COUNTY 2023 AUG -9 PM 2: 14 THOMAS D. HEAP PROTHONOTARY