# EXHIBIT G

IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 19-00640 |
| | ) | |
| v. | ) | |
| | ) | |
| SWN PRODUCTION COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

FILED LYCOMING COUNTY
2023 AUG 22 AM 11:59
THOMAS D. HEAP
PROTHONOTARY

## PRAECIPE TO ENTER APPEARANCE

To: Prothonotary

Kindly enter in the above-captioned matter the appearance of Jeremy A. Mercer, Esquire, of the law firm of Nelson Mullins Riley & Scarborough LLP, as counsel for Defendant, SWN PRODUCTION COMPANY, LLC.

Respectfully submitted,

Date: August 21, 2023

Jeremy A. Mercer, Esquire
Pennsylvania Supreme Court No. 86480

NELSON MULLINS RILEY & SCARBOROUGH LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Phone: (412) 780-4050

*Counsel for Defendant, SWN PRODUCTION COMPANY, LLC*



# IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION, | CIVIL DIVISION |
| Plaintiff, | No. 19-00640 |
| v. | |
| SWN PRODUCTION COMPANY, LLC, | **PRAECIPE TO ENTER APPEARANCE** |
| Defendant. | |

Filed on Behalf of Defendant:
SWN PRODUCTION COMPANY, LLC

Counsel of Record for this Party:

Jeremy A. Mercer, Esquire
  Pennsylvania Supreme Court No. 86480

NELSON MULLINS RILEY &
SCARBOROUGH LLP
6 PPG Place, SUITE 700
Pittsburgh, Pennsylvania 15222
Phone: (412) 780-4050

FILED
LYCOMING COUNTY
2023 AUG 22 AM 11: 59
THOMAS D. HEAP
PROTHONOTARY

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 21, 2023, a true and correct copy of the foregoing **PRAECIPE TO ENTER APPEARANCE** was served on the below identified counsel via U.S. First Class Mail, with a courtesy copy by email, addressed as follows:

>Robert J. Burnett, Esquire
>Brendan A. O'Donnell, Esquire
>Houston Harbaugh PC
>401 Liberty Avenue, 22nd Floor
>Pittsburgh, PA 15222

*(signature)*
Jeremy A. Mercer, Esquire
~~Pennsylvania Supreme~~ Court No. 86480

NELSON MULLINS RILEY & SCARBOROUGH LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Phone: (412) 780-4050

*Counsel for Defendant, SWN PRODUCTION COMPANY, LLC*

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully submitted,

Date: August 21, 2023

Jeremy A. Mercer, Esquire
Pennsylvania Supreme Court No. 86480

NELSON MULLINS RILEY & SCARBOROUGH LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Phone: (412) 780-4050

*Counsel for Defendant, SWN PRODUCTION COMPANY, LLC*

 **NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Jeremy A. Mercer
T: 412.730.3214
jeremy.mercer@nelsonmullins.com

Six PPG Place, Suite 700
Pittsburgh, PA 15222
T: 412.730.4050  F: 412.567.9241
nelsonmullins.com

August 21, 2023

<u>Via FedEx</u>

Thomas D. Heap
Lycoming County Prothonotary
 and Clerk of Courts
48 W. 3rd Street
Williamsport, PA 17701

RE: **International Development Corporation v. SWN Production Company, LLC**
       **No 19-00640**

Dear Mr. Heap:

Here is an original and a copy of a Praecipe to Enter Appearance to be filed in connection with the above-referenced matter. Please file the original and time-stamp the extra copy and return it to me in the self-addressed, stamped envelope provided for your convenience.

I also have enclosed a check in the amount of $3.00 to cover the cost of filing the Praecipe.

If you have any questions or require anything further, please do not hesitate to contact me.

Best regards,

Jeremy A. Mercer

JAM:tal
Enclosures

cc:  Robert Burnett, Esquire (w/enc.; via U.S. Mail)
     Brendan O'Donnell, Esquire (w/enc.; via U.S. Mail)