# EXHIBIT H

## IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

INTERNATIONAL DEVELOPMENT                    : No. 19-00,640
CORPORATION,                                 :
        Plaintiff                 :
    VS                                       :
SWN PRODUCTION COMPANY, LLC,                 : Status Conference
        Defendant                 :

### O R D E R

      **AND NOW**, this 15th day of September, 2023, at the time scheduled for a status

conference in the above-captioned matter, both of the parties appeared by counsel.  The status

conference is CONTINUED to **November 14, 2023, at 10:00 a.m. in Courtroom 5 of the**

**Lycoming County Courthouse**.  If the Plaintiff files a complaint prior to that date, the status

conference will be automatically canceled.

           By The Court,

           Hon. William P. Carlucci, Judge

cc: ✓Court Administrator
    ✓Robert J. Burnett, Esq. – Firm #371, Three Gateway Center, 22nd Flr, Pittsburgh PA  15222
    ✓Brendan A. O'Donnell, Esq. – 401 Liberty Ave., 22nd Flr, Pittsburgh PA  15222
    ✓SWN Production Company – c/o CT Corporation System, 600 N 2nd St., Suite 401,
Harrisburg PA 17101
(WPCeg)