# EXHIBIT J

## IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION, | : NO. 19-00640 |
| Plaintiff | : |
| | : |
| vs. | : |
| | : STATUS CONFERENCE |
| SWN PRODUCTION COMPANY, LLC, | : |
| Defendant | : |

### *ORDER*

**AND NOW**, this 14th day of November 2023, because the Plaintiff has filed a complaint for the above-captioned matter on November 13th, 2023, the November 14th, 2023 status conference is now CONTINUED to **June 6th, 2024, at 1:30 p.m. in courtroom 4 of the Lycoming County Courthouse**. The parties or their counsel are directed to attend. Counsel are permitted to attend by telephone.

BY THE COURT,

Hon. William P. Carlucci, Judge

cc:   Court Administrator
        Robert J. Burnett, Esquire
            Firm #371, Three Gateway Center 22nd Flr
            Pittsburgh, PA 15222
        Brendan A. O'Donnell, Esquire
            401 Liberty Ave., 22nd Flr
            Pittsburgh, PA 15222
        SWN Production Company – c/o CT Corporation System
            600 N 2nd Street, Suite 401
            Harrisburg, PA 17101
        Jeremy A. Mercer, Esquire
            6 PPG Place, Suite 700
            Pittsburgh, PA 15222

(WPC/aml)

FILED
LYCOMING COUNTY
2023 NOV 14  AM 10:41
THOMAS D. HEAP
PROTHONOTARY