# EXHIBIT K

# PROTHONOTARY OF LYCOMING COUNTY

**Thomas D. Heap**
*Prothonotary*



**Brenda K. Smith**
*Deputy Prothonotary*

| | |
|---|---|
| International Development Corporation<br>vs.<br>Swn Production Company Llc | **Case Number**<br>CV-2019-00640-WM |

## Case Participants

**Plaintiff**
International Development Corporation

**Defendant**
Swn Production Company Llc

c/o CT Corporation System

600 North 2nd Street -Ste 401
Harrisburg, PA 17101

**Attorney**
Robert J. Burnett

Houston Harbaugh P.C.

401 Liberty Avenue 22nd Floor
Pittsburgh, PA 15222

4122882221

Jeremy A Mercer, Esq

6 PPG Place, Suite 700
Pittsburgh, PA 15222

412-780-4050

## Attorney Relationships

| Plaintiff Attorney | Plaintiff |
|---|---|
| Robert J. Burnett | International Development Corporation |
| **Defendant Attorney** | **Defendant** |
| Jeremy A Mercer, Esq | Swn Production Company Llc |

## PROTHONOTARY DOCKET ENTRIES

| Entry Date | Description | Pages |
|---|---|---|
| 11/14/2023 | Order for Continuance filed. Notice Under RULE 236 Service Filed. Thomas D. Heap, Prothonotary | 1 |
| 11/13/2023 | Complaint in Civil Action FIled. | 60 |

| Date | Description | Pages |
|---|---|---|
| 09/28/2023 | Order for Continuance filed. Notice Under RULE 236 Service Filed. Thomas D. Heap, Prothonotary | 1 |
| 09/15/2023 | Event(s) [Status Conference] scheduled for Tuesday, November 14, 2023 10:00 AM in Courtroom 5 with Carlucci, William P (Judge) | |
| 08/22/2023 | Praecipe to enter appearance of counsel filed by Jeremy A. Mercer, Esq. for Defendant. | 5 |
| 08/09/2023 | Event(s) [Status Conference] scheduled for Friday, September 15, 2023 10:15 AM in Courtroom 5 with Carlucci, William P (Judge) | |
| 08/09/2023 | Order Directing Status Conference FIled. Notice Under Rule 236 Service. Filed. Thomas D. Heap, Prothonotary | 1 |
| 07/28/2023 | Statement of Intention to Proceed filed by Robert J Burnett, Esq. | 7 |
| 07/03/2023 | Notice of Proposed Termination of Case | 2 |
| 10/17/2022 | Statement of Intent to Proceed filed by Robert Burnett, Esq. | 7 |
| 09/16/2022 | Notice of Proposed Termination of Case | 2 |
| 05/07/2019 | Sheriff's Return in the amount of $28.00 filed. | |
| 04/22/2019 | Miscellaneous - Declaratory Judgement | |
| 04/22/2019 | Filing: Writ of Summons   Paid by: Houston Harbaugh PC  Receipt number: 0054672  Dated: 4/22/2019  Amount: $146.25 (Check) For: International Development Corp ( plaintiff) | |
| 04/22/2019 | Praecipe to Issue Writ of Summons filed by Robert J Burnett, Esq. Writ of Summons Issued: Suzanne M. Fedele, Prothonotary | |

Total Number of Pages: 86

November 30, 2023